CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

MAY 23 2025

LAURA A. AUSTIN, CLERK
BY: M. POFF
DEPUTY CLERK

JONES
---
District Judge
(Assigned by Clerk's Office)

SARGENT
---
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. 7:25-cv-00351
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S. 388 (1971)**

Kevin Leodonataye Sampson        134850
Plaintiff Name                    Inmate No.

v.

Commonwealth of Virginia 268 W Main St Covington VA 24426
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

**IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT. TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"**

A. <u>Where are you now?</u> Name *and* Address of Facility:

Alleghany County Regional Jail
268 W Main St Covington VA 24426

B. Where did this action take place?

Alleghany Regional Jail

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes    ✓ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes    _____ No

1. If your answer is Yes, indicate the result:

no respondant, despite injury and multiple inquiries

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

Injured on site, intially denied medical treatment, on May 1 2025 date of injury

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

not given medical treatment until May 15, 2025

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

Compensation for injury, pain, mental anguish, disturbance of life, and hospital bills,

G. If this case goes to trial, do you request a trial by jury?    Yes ___    No ✓

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: 5-16-2025        SIGNATURE: Kevin L Sampson

VERIFICATION:
I, Kevin L Sampson, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 5-16-2025        SIGNATURE: Kevin L Sampson

Updated 5/2024

Kevin Sampson
268 W Main St
Covington VA 24426

RICHMOND VA RPDC 230
21 MAY 2025 PM 5 L

RECEIVED
MAY 23 2025
USDC Clerk's Office
Mail Room

Clerk of the Court
US District Court
210 Franklin Rd SW
Suite 540
Roanoke VA
24011-2208

24011-220840

Legal Mail