CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
October 31, 2025
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **KEVIN LEODONATAYE SAMPSON,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:25CV00351 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **ELIZABETH SIMMONS, ET AL.,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendants. | ) | |
| | ) | |

*Kevin Leodonataye Sampson, Pro Se Plaintiff.*

The plaintiff, an unrepresented inmate, filed a civil rights complaint, pursuant to 42 U.S.C. §1983, alleging that jail officials failed to provide him with prompt medical care for a serious injury, in violation of his constitutional rights. Sampson paid the filing costs for the lawsuit, so the court entered an Order on July 1, 2025, directing him to accomplish service on the named defendants, and provided materials with which he could do so. The Order expressly warned Sampson that failure to accomplish service on the defendants within ninety days would result in dismissal of the action without prejudice.

Ninety days have elapsed, and Sampson has failed to provide any evidence that he has accomplished service on the defendants. Accordingly, I will dismiss this action without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).

An appropriate Final Order will issue herewith.

        ENTER:   October 31, 2025

        /s/  JAMES P. JONES
        Senior United States District Judge