CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

March 19, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ M. Poff
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE  DIVISION**

KEVIN LEODONATAYE SAMPSON,    )
    )
    Plaintiff,    )    Case No. 7:25CV00351
    )
v.    )    **OPINION AND ORDER**
    )
ELIZABETH SIMMONS, et al.,    )    JUDGE JAMES P. JONES
    )
    Defendants.    )

*Kevin Leodonataye Sampson, Pro Se Plaintiff*

The plaintiff, a Virginia inmate proceeding pro se, filed this action under 42 U.S.C. § 1983, alleging that the defendants failed to provide proper medical care. Sampson's claims were dismissed by Judgment entered February 24, 2026, pursuant to 28 U.S.C. § 1915(e)(2) for the reasons set forth in an accompanying Opinion after having been given two chances to amend his Complaint.  He has now submitted a letter restating issues regarding his medical treatment and requesting that the court review his case and permit him to file an appeal or refile his lawsuit.  Mot. Recons., Dkt. No. 36.

Rule 60 of the Federal Rules of Civil Procedure permits courts to relieve a party from a final order and reopen the case under a limited set of exceptional circumstances.  Fed. R. Civ. P. 60(b).  However, no such circumstances are evident here.  This case was dismissed based on Sampson's failure to state a claim on which

relief may be granted.  Sampson has not demonstrated that this reason for dismissal was erroneous, nor has he set forth any basis under Rule 60 that would warrant relief from the Judgment.  Moreover, the case was dismissed without prejudice, leaving Sampson free to file his claims in a new and separate civil action.

Accordingly, it is **ORDERED** that Sampson's Motion for Reconsideration, Dkt. No. 36, is **DENIED**.

ENTER:   March 19, 2026

/s/  JAMES P. JONES
Senior United States District Judge